THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DOMINICK SPINA, Appellant.

Argued May 26, 1938; decided July 7, 1938.

*Louis Jay Brecher* for appellant.

*William C. Chanler*, Corporation Counsel (*Paxton Blair* and *Charles E. Ramsgate* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS LOUGHRAN, FINCH and RIPPEY, JJ.